**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :   No. 240 WAL 2019

                Respondent          :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

             v.                        :

                                    :

GARY SMITH,                           :

                Petitioner           :


## ORDER


**PER CURIAM**

      **AND NOW**, this 15th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.